BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN HODGE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IMAGE INTERNATIONAL MANUFACTURING, LLC, a Florida Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:24-cv-01970 AH-SPx<br><br>*[Hon. Anne Hwang, Courtroom 7D]*<br><br>**ORDER APPROVING JOINT STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL DESIGNATION**<br><br>Action Filed:　September 13, 2024 |

## **ORDER**

**GOOD CAUSE APPEARING,** the Court hereby approves the Joint Stipulated Protective Order (docket no. 29) and enters the terms of the Stipulation as the Order of this Court. This Order does not govern the use of Confidential Material at trial.

**SO ORDERED,** this 10th day of June, 2025.

_____
HONORABLE SHERI PYM

- 2 -
[PROPOSED] ORDER APPROVING JOINT STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL DESIGNATION
CASE NO.: 5:24-cv-01970 AH-SP

Baker & Hostetler LLP
Attorneys at Law
Los Angeles